UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

A.G.P / ALLIANCE GLOBAL PARTNERS, LLC,

                Plaintiff,

-v.-

T2 BIOSYSTEMS, INC.,

                Defendant.

24 Civ. 3879 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

Plaintiff filed the Complaint in this action on May 20, 2024. *See* ECF No. 1. On June 28, 2024, Defendant moved to dismiss the Complaint. *See* ECF No. 11. On July 19, 2024, Plaintiff filed an Amended Complaint. *See* ECF No. 15. On August 9, 2024, Defendant moved to dismiss the Amended Complaint. *See* ECF No. 16.

In light of the foregoing, Defendant's earlier-filed motion to dismiss the Complaint, ECF. No. 11, is hereby DENIED as moot.

The Clerk of Court is directed to terminated ECF No. 11.

SO ORDERED.

Dated: November 6, 2024
       New York, New York

                                          JENNIFER H. REARDEN
                                          United States District Judge