UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                 :

A.G.P./ALLIANCE GLOBAL PARTNERS, LLC,   :

                     Plaintiff,   :

           -v-           :

T2 BIOSYSTEMS, INC.,         :

                  Defendant.   :

------------------------------------------X

24cv3879(DLC)

ORDER

DENISE COTE, District Judge:

    This case having been reassigned to this Court for all purposes, it is hereby

    ORDERED that the parties shall file a letter no later than December 17, 2025, apprising the Court of the status of this action.

    IT IS FURTHER ORDERED that the parties shall, no later than December 19, 2025, provide this Court one copy of the operative complaint and two courtesy copies of all motions pending in this case by mail or hand-delivery to 500 Pearl Street, New York, NY 10007.

Dated:   New York, New York
        December 8, 2025

                                _____
                                  DENISE COTE
                      United States District Judge