UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                    :

A.G.P./ALLIANCE GLOBAL PARTNERS, LLC,    :

                     Plaintiff,    :        24cv3879(DLC)

                                  :        ORDER

           -v-                     :

                                  :

T2 BIOSYSTEMS, INC.,               :

                                  :

                    Defendant.    :

                                  :
------------------------------------------X

DENISE COTE, District Judge:

    Plaintiff, which is an LLC, has brought a diversity action against a corporation.  The parties have indicated that the defendant corporation is defunct.  There is a pending motion to dismiss.  Before turning to that motion, the Court has an independent obligation to determine whether diversity jurisdiction exists.  Accordingly, it is hereby

    ORDERED that by January 16, 2026, the plaintiff shall identify the members of the LLC as of the date this action was filed and the citizenship of each such member, as well as the principal place of business of the defendant as of that date.

Dated:    New York, New York
           January 9, 2026

                                _____
                                  DENISE COTE
                        United States District Judge