UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
A.G.P./ALLIANCE GLOBAL PARTNERS, LLC,   :
                                        :               24cv3879(DLC)
                         Plaintiff,     :
                                        :               ORDER
          -v-                           :
                                        :
T2 BIOSYSTEMS, INC.,                    :
                                        :
                         Defendant.     :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

     On January 9, 2026, plaintiff Alliance Global Partners, LLC
("AGP") was ordered to identify the members of the LLC as of the
date this action was filed and the citizenship of each such
member, as well as the principal place of business of the
defendant as of that date.  In its January 15, 2026 letter, AGP
indicated that, as of the date this action was filed, one of its
members was the David Bocchi Family Trust.

     A trust's citizenship for purposes of diversity
jurisdiction depends on the nature of the trust.  In the case of
"traditional trusts, establishing only fiduciary relationships,
[which] are incapable of being haled into court except through
their trustees," a trust's citizenship is that of its trustees
and not its beneficiaries.  Raymond Loubier Irrevocable Tr. v.
Loubier, 858 F.3d 719, 731 (2d Cir. 2017).  But where "state law

applies a 'trust' label to 'a separate legal entity that itself can sue or be sued,' that trust is subject to the 'rule that it possesses the citizenship of all of its members.'" Loubier, 858 F.3d at 728-29 (quoting Americold Realty Tr. v. Conagra Foods, Inc., 577 U.S. 378, 383 (2016)). Accordingly, it is hereby

ORDERED that, by January 20, 2026, plaintiff shall submit a letter no longer than two pages fully describing the basis for diversity jurisdiction in this action.

Dated:     New York, New York
           January 16, 2026

                                   _____
                                        DENISE COTE
                                   United States District Judge