**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
A .G.P./ALLIANCE GLOBAL PARTNERS, LLC,

                             Plaintiff,

      -against-                                     24 **CIVIL** 3879 (DLC)

                                             **JUDGMENT**

T 2 BIOSYSTEMS, INC.,

                          Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 18, 2026, the defendant's August 9, 2024 motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York

     February 24, 2026

                                       **TAMMI M. HELLWIG**
                                        _____
                                            **Clerk of Court**

                        **BY:** _____
                                     **Deputy Clerk**